# Third District Court of Appeal

## State of Florida

Opinion filed June 22, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1752
Lower Tribunal No. 20-10105
_____

**The Weisbein Team, P.A., etc.,**
Appellant,

vs.

**David A. Kurz, et al.,**
Appellees.

An Appeal from non-final orders from the Circuit Court for Miami-Dade County, Alan Fine, Judge.

Carey Rodriguez Milian LLP, and Ruben Conitzer and David P. Milian and Juan J. Rodriguez, for appellant.

Cueto Law Group P.L., and Santiago A. Cueto and Raúl A. Reichard, for appellees.

Before LOGUE, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Fayad v. Mercy Hosp., Inc.</u>, 773 So. 2d 1244 (Fla. 3d

DCA 2000).